UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

FILED - GR
December 29, 2025 2:12 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: ns SCANNED BY: ns / 12/30

Vernon Watts-Turman # 752206

(Enter above the full name of the plaintiff(s), including prisoner number, in this action. If you cannot list all plaintiffs in the space provided, please write "see attached" and list all names on an additional page.)

v.

Paul Jensen, Tanaya Douglass, Unknown Boykins, Unknown Page, Unknown Wilfong, Unknown Clark, Unknown Martinez, Unknown Buchannon, Unknown Ferguson, Unknown Mitchell

(Enter above the full name of the defendant(s) in this action. If you cannot list all defendants in the space provided, please write "see attached" and list all names on an additional page.)

1:25-cv-1918
Sally J. Berens
U.S. Magistrate Judge

## COMPLAINT
*(Print Clearly)*

I. **Previous Lawsuits**

**CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ability of incarcerated individuals to initiate lawsuits in federal courts without prepayment of the civil action filing fee. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $405.00 filing fee regardless of whether your complaint is dismissed.

A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility? Yes ☐ No ☑

B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

   ______________________________

2. Is the action still pending? Yes ☐ No ☐

   a. If your answer was no, state precisely how the action was resolved: ______________________________

3. Did you appeal the decision? Yes ☐ No ☐

4. Is the appeal still pending? Yes ☐ No ☐

   a. If not pending, what was the decision on appeal? ______________________________

5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit? Yes ☐ No ☐

   a. If so, explain: ______________________________

II. Parties

A. Plaintiff(s)

Enter your name, place of confinement, address, and place of confinement during the events described in the complaint in the blanks below. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

Name of Plaintiff Vernon Watts-Turman 752206

Place of Present Confinement Oaks Correctional Facility

Address 1500 Caberfae Highway, Manistee, Mi 49660

Place of Confinement During Events Described in Complaint Brooks Correctional Facility

B. Defendant(s)

Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. Provide the same information for each additional defendant. If there are more than six defendants attach extra sheets as necessary.

Name of Defendant #1 Paul Jensen

Position or Title STG Inspector

Place of Employment Brooks Correctional Facility

Address 2500 Sheridan Rd, Muskegon, Michigan 49444

Official and/or personal capacity? Both

Name of Defendant #2 Tanya Douglass (correction) Tanaya Douglass

Position or Title P.C (or ARUS)

Place of Employment Brooks Correctional Facility

Address 2500 Sheridan Rd, Muskegon, Michigan 49444

Official and/or personal capacity? Both

Name of Defendant #3 unknown Boykins

Position or Title Rum

Place of Employment Brooks Correctional Facility

Address 2500 Sheridan Rd, Muskegon, Michigan 49444

Official and/or personal capacity? Both

Name of Defendant #4 Inspector Page (correction) Unknown Page

Position or Title Inspector

Place of Employment Brooks Correctional Facility

Address 2500 Sheridan Rd, Muskegon, Michigan 49444

Official and/or personal capacity? Both

Name of Defendant #5 Martinez (correction) unknown Martinez

Position or Title Corrections officer

Place of Employment Brooks Correctional Facility

Address 2500 Sheridan Rd, Muskegon, Michigan 49444

Official and/or personal capacity? Both

Name of defendant: Unknown Clark
position or title: Sergeant
place of employment: Brooks correctional Facility
Address: 2500 sheridan Rd, Muskegon, Michigan 49444
official and or personal capacity? Both

Name of defendant: unknown Buchannon
position or title: corrections officer
place of employment: Brooks correctional Facility
Address: 2500 Sheridan Rd, Muskegon, Michigan 49444
official and or personal capacity? Both

Name of defendant: unknown Ferguson
position or title: corrections officer
place of employment: Brooks correctional Facility
Address: 2500 sheridan Rd, muskegon, Michigan 49444
Official and or personal capacity? Both

Name of defendant: Unknown Wilfong
position or title: corrections officer
place of employment: Brooks Correctional Facility
Address: 2500 sheridan Rd, muskegon, Michigan 49444
official and or personal capacity? Both

Parties attachments 1 of 2

Name of defendant: unknown Mitchell
position or title: Corrections officer
place of employment: Brooks Correctional Facility
Address: 2500 Sheridan Rd, Muskegon, Michigan 49444
official and or personal capacity? both

## III. Statement of Claim

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

On the morning of 12.9.24 I was housed at Brooks correctional Facility Cell 54 in EASTLAKE. I was woke out my sleep at approx 7:30 AM, placed in handcuffs and escorted to seg.

Shortly after, Inspector Jensen had me pulled from the cage I was being held in and brung into his office. The encounter was not productive, very hostile and he took a very aggressive approach.

He accused me of lying in grievances and paying to have a C/O (Wilfong) assaulted on 12.7.24. At this point he vowed retribution starting with a unwarranted stg 2 designation and transferring to a facility further away from my family.

This led to claim #1 Falsifying Documents, He labeled me a enforcer for all bloodsets to support his enhancement. At the time of this incident I was six months ticket free, had not received any stg related misconducts and he was aware of this.

Claim #2 Unlawful Imprisonment

I was placed in seg due to orders from Jensen on a N.O.I According to policy this is A process that is suppose to take 7 business days MAX at that point I AM to be released or a misconduct is to be wrote. Because he had no evidence to write a misconduct and he did not want to release me in order to keep me housed in seg he placed me on involuntary P.C.

I had never been involved in any altercations during this process verbal or physical and protection was not warranted. At no point did I receive any documentation to support my status.

I have two staff witnesses to support this claim Psych Stevenson and LT. Streit. His co-defendants in this claim are. P.C/ARUS Douglass, Rum Boykins, Inspector Page and



(W.D. Mich. Form – Last Revised: September 2021)

unknown members of staff.

Psych Stevenson sent Emails and attempted to speak with these members of staff and inform them that their actions were unconstitutional, they were just as guilty for turning a blind eye.

That their actions led to me being placed on suicide watch as I am a mental health patient who struggle with anxiety and depression.

Lt. Streit spoke with me personally and stated "Somebody has hid the paperwork to support your status I cannot access the file or find it nowhere and Douglass, Page, Boykins or Jensen are responding to my emails somebody is attempting to hide something and this is illegal"

He and Stevenson went on to tell me to have a lawyer reach out to them and they would make statements on my behalf.

Claim #3 Cruel and Unusual Punishment

I was unlawfully held in seg for approximately 30 days out of retaliation for a staff assault I had no involvement in. 18 of these days I was held in a cell that I was unable to drink water due to a non functioning sink.

On several occassions I made the following staff members as well as other unknown members aware of this fact. P.C/ Arus Douglass, Inspector Page, Inspector Jensen and Rum Boykins

To support this claim I have a notarized document signed, stamped and dated by P.C Douglass that I wrote in my handwriting and specifically informed her I was unable to drink water.

This document is dated 12.13.24, I was not moved out of this cell until 12.27.24 which means staff was aware of this for at least two weeks.

I personally spoke with Douglass, Page, Haykins and other unknown members of staff. Each defendant indicated this was a issue that was between myself and Jensen and that they had no intentions of moving me or intervening in no way.

12.15.24 I spoke with c/o Ferguson informed him I was unable to drink water this was in seg unit between 11 Am-12 pm during lunch rounds. He stated "you complained of this the other day and Jensen told us not to move you, take that up with him."

12.17.24 I informed Sgt. Clark of this as he came to hear me for excessive property. I told him "I cannot drink from my sink" He responded "then drink from the toilet" before walking away.

Claim #4 Violation of Due Process

On 12.9.24 I was escorted to seg Sgt. Clark was apart of packing my property along with C/O Martinez. During this pack up Sgt. Clark confiscated my JP6 tablet and Martinez confiscated my commissary.

I asked for a hearing in regards to my commissary. I am/was entitled to a neutral party to reside over this hearing instead I was heard by Sgt. Clark who was very biased and disrespectful. This was a violation of my due process because I cannot be heard by someone who participated in the shakedown.

Claim #5 Retaliation

My personal property including legal paperwork was destroyed by packing officers Martinez and Sgt Clark.

LT. Streit is a witness to this, he went to retrieve my legal paperwork while I was in seg. He returned saying "your seg property is trashed. it literally looks like a pile of trash, packing officers are responsible for this.

My commissary was illegally confiscated and destroyed, I wasn't even given the option to send it home.

C/O Wilfong poured coffee into my tablet on 12.8.24 and broke it.

C/O Buchannon threatend to physically assault me on 12.27.24.

12.11.24 I was forced to Rec yard in open toe shower shoes while it was raining right after it snowed.

each of the other claims also fall under the umbrella of retaliation as they were done with malicious intent due to me being accused of being involved in a staff assault.

Exhibit 1

Exhibit 1:A is included with this complaint to show at least one of these claims undoubtedly transpired. It is a Notary signed and dated by defendant P.C Tanaya. R Douglass. This Notary is me informing the defendant that I was unable to drink water for the past five days.

This is dated 12.13.24 I was not placed in another cell until 12.27.24 after my family contacted the ombudsman. There will be other exhibits introduced at a later date to support and prove every claim that I mentioned.

I wanted to keep this short as possible, direct and to the point at the moment. Paragraph marked with a ☆ is supporting statement. Also All Administrational Remedies were fully exhausted.

Exhibit 1'A

(prior to this) on 12.8.24 Approximately 1-3 pm officer Wilfong went into my cell to search it and completely destroyed my entire room, this inclued pouring coffee on my JPlo player ultimately destroying it.

(The morning of 12.9.24) After being escorted to seg Inspector Jensen had me pulled out and briefly brung into his office. This encounter lasted maybe a couple of minutes, it was not productive and very hostile on his end. During this encounter he stated "I just wanted to meet the man who finds it cool to lie in his grievances and paid to have C/O Wilfong assaulted by the way, there will be retributional as he happens to be a friend of mine. You will be fucked over in every possible way. I will be having you placed on stg2 and sent so far up north your family will never come to see you". I was then escorted back to holding. I was then placed in

★ I then was escorted back to holding. I was then placed in cell 16. A room that is not functional because the sink malfunctions and makes it impossible to drink water. As of this document I have been forced to stay in this cell 5 days where I have consistently complained to staff about my inability to drink water.

★ On the day of 12.12.24 I was pulled out by healthcare to check my vitals as I had not ate in 4 days out of fear. During this check up the nurse determined my vitals were okay but stated my tongue appeared abnormal and asked was I drinking water. I explained my situation, at this point she directed the C/O to give me a cup of water. This can be seen on camera 12.12.24 approx 1:00 p.m cell 16.

Signature [signature] 12.13.24

Notary Public This was signed before me in the month of ______ Day of ______

Year of ______

Notary Signature ______

TANAYA R DOUGLAS
Notary Public, State of Michigan
County of Kent
My Commission Expires 12/4/27
Acting in the County of Muskegon

[signature] 12/13/24

2

Name of defendant: Unknown Clark
position or title: Sergeant
place of employment: Brooks correctional Facility
Address: 2500 sheridan Rd, Muskegon, Michigan 49444
official and or personal capacity? Both

Name of defendant: unknown Buchannon
position or title: corrections officer
place of employment: Brooks correctional Facility
Address: 2500 Sheridan Rd, Muskegon, Michigan 49444
official and or personal capacity? Both

Name of defendant: unknown Ferguson
position or title: Corrections officer
place of employment: Brooks correctional Facility
Address: 2500 sheridan Rd, muskegon, Michigan 49444
official and or personal capacity? Both

Name of defendant: Unknown Wilfong
position or title: corrections officer
place of employment: Brooks Correctional Facility
Address: 2500 sheridan Rd, muskegon, Michigan 49444
official and or personal capacity? Both

Name of defendant: unknown Mitchell
position or title: Corrections officer
place of employment: Brooks Correctional Facility
Address: 2500 Sheridan Rd, Muskegon, Michigan 49444
official and or personal capacity? both

## III. Statement of Claim

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. **Do not include unrelated claims.** Use as much space as you need. Attach extra sheets if necessary.

On the morning of 12.9.24 I was housed at Brooks correctional Facility cell 54 in Eastlake. I was woke out my sleep at approx 7:30 AM, placed in handcuffs and escorted to seg.

Shortly after, Inspector Jensen had me pulled from the cage I was being held in and brung into his office. The encounter was not productive, very hostile and he took a very aggressive approach.

He Accused me of lying in grievances and paying to have a C/O (Wilfong) assaulted on 12.7.24. At this point he vowed retribution starting with a unwarranted stg 2 designation and transferring to a facility further away from my family.

This led to claim #1 Falsifying Documents, He labeled me a enforcer for all bloodsets to support his enhancement. At the time of this incident I was six months ticket free, had not received any stg related misconducts and he was aware of this.

Claim #2 Unlawful Imprisonment

I was placed in seg due to orders from Jensen on a N.O.I According to policy this is A process that is suppose to take 7 Business days MAX at that point I AM to be released or a Misconduct is to be wrote. Because he had no evidence to write a misconduct and he did not want to release me in order to keep me housed in seg he placed me on involuntary P.C.

I had never been involved in any altercations during this process verbal or physical and protection was not warranted. At no point did I receive any documentation to support my status.

I have two staff witnesses to support this claim Psych Stevenson and LT. Streit. His co-defendants in this claim are. P.C/ARUS Douglass, Rum Boykins, Inspector Page and

unknown members of staff.

Psych Stevenson sent Emails and attempted to speak with these members of staff and inform them that their actions were unconstitutional, they were just as guilty for turning a blind eye.

That their actions led to me being placed on suicide watch as I am a mental health patient who struggle with anxiety and depression.

Lt. Streit spoke with me personally and stated "somebody has hid the paperwork to support your status I cannot access the file or find it nowhere and Douglass, Page, boykins or Jensen are responding to my emails somebody is attempting to hide something and this is illegal"

He and Stevenson went on to tell me to have a lawyer reach out to them and they would make statements on my behalf.

Claim #3 Cruel and Unusual Punishment

I was unlawfully held in seg for approximately 30 days out of retaliation for a staff assault I had no involvement in. 18 of these days I was held in a cell that I was unable to drink water due to a non functioning sink.

On several occassions I made the following staff members as well as other unknown members aware of this fact. P.C / ARUS Douglass, Inspector Page, Inspector Jensen and Rum Boykins

To support this claim I have a notarized document signed, stamped and dated by P.C Douglass that I wrote in my handwriting and specifically informed her I was unable to drink water.

This document is dated 12.13.24, I was not moved out of this cell until 12.27.24 which means staff was aware of this for at least two weeks.

I personally spoke with Douglass, Page, Hopkins and other unknown members of staff. Each defendant indicated this was a issue that was between myself and Jensen and that they had no intentions of moving me or intervening in no way.

12.15.24 I spoke with C/O Ferguson informed him I was unable to drink water this was in seg unit between 11 Am- 12 pm during lunch rounds. He stated "you complained of this the other day and Jensen told us not to move you, take that up with him."

12.17.24 I informed Sgt. Clark of this as he came to hear me for excessive property. I told him "I cannot drink from my sink." He responded "then drink from the toilet" before walking away.

Claim #4 Violation of Due Process

On 12.9.24 I was escorted to seg Sgt. Clark was apart of packing my property along with C/O Martinez. During this pack up Sgt. Clark confiscated my JP6 tablet and Martinez confiscated my commissary.

I asked for a hearing in regards to my commissary. I am/was entitled to a neutral party to reside over this hearing instead I was heard by Sgt. Clark who was very biased and disrespectful. This was a violation of my due process because I cannot be heard by someone who participated in the shakedown.

Claim #5 Retaliation

My personal property including legal paperwork was destroyed by packing officers Martinez and Sgt Clark.

LT. Streit is a witness to this, he went to retrieve my legal paperwork while I was in seg. He returned saying "your seg property is trashed. it literally looks like a pile of trash, packing officers are responsible for this.

My commissary was illegally confiscated and destroyed, I wasn't even given the option to send it home.

C/O Wilfong poured coffee into my tablet on 12.8.24 and broke it.

C/O Buchannon threatend to physically assault me on 12.27.24.

12.11.24 I was forced to Rec yard in open toe shower shoes while it was raining right after it snowed.

Each of the other claims also fall under the umbrella of retaliation as they were done with malicious intent due to me being accused of being involved in a staff assault.

Complaint Attachment #3 of 3/statement of claim

Exhibit 1

Exhibit 1.A is included with this complaint to show at least one of these claims undoubtedly transpired. It is a Notary signed and dated by defendant P.C Tanaya. R Douglass. This Notary is me informing the defendant that I was unable to drink water for the past five days.

This is dated 12.13.24 I was not placed in another cell until 12.27.24 after my family contacted the ombudsman. There will be other Exhibits introduced at a later date to support and prove every claim that I mentioned.

I wanted to keep this short as possible, direct and to the point at the moment. Paragraph marked with a ☆ is supporting statement. Also All Administeational Remedies were fully exhausted.

Exhibit 1'A

(Prior to this) on 12.8.24 Approximately 1-3 pm Officer Wilfong Went into my cell to Search it And completely destroyed my entire Room, this inclued Pouring coffee on my JPCC player ultimately destroying it.

(The morning of 12.9.24) After Being escorted to Seg Inspector Jensen had me pulled out And Briefly Brung into his Office. This Encounter lasted maybe a couple of minutes, it was Not productive and very hostile on His End. During this Encounter he stated "I just wanted to meet the man who finds it cool to lie in his grievances And paid to have C/O Wilfong Assaulted By the way, there will Be Retributional As he happens to Be A Friend of Mine. You will Be Fucked over in every possible way. I will Be having you placed on Stg 2 And sent so Far up North your Family will Never come to see you."

★ I then was escorted Back to holding. I was then placed in Cell 16. A room that is Not Functional Because the sink malfunctions And makes it impossible to drink water. As of this document I have Been Forced to stay in this cell 5 days where I have Consistently complained to Staff About my inability to drink water.

★ On the day of 12.12.24 I was pulled out by healthcare to Check my vitals As I had Not Ate in 4 days out of Fear. During this check up the Nurse determined my vitals were Okay but stated my tongue Appeared Abnormal And Asked was I drinking water. I explained my situation, At this point She directed the C/O to give me A cup of water. This can Be Seen on camera 12.12.24 Approx 1:00 p.m cell 16.

Signature Vernon Freeman 12.13.24

Notary Public This was signed before me in the month of Year of ______ Notary Signature ______

TANAYA R DOUGLAS
Notary Public, State of Michigan 13 day of ______
County of Kent
My Commission Expires 12/4/27
Acting in the County of Muskegon
[signature] 12/13/24

12

IV. **Relief**

State briefly and precisely what you want the court to do for you.

Assign a court appointed attorney to work the case on my behalf. I have no experience in civil matters, have several witnesses, staff and inmates whom I have no way of interviewing / getting statements from.

I also need the attorney to make a professional assessment of how much money should be rewarded / sought after for damages / pain and suffering. Lastly I would like the court to reverse my stg status completely.

V. **Notice to Plaintiff Regarding Consent**

In accordance with the provisions of 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73, you are hereby notified that the United States magistrate judges of this district court may, upon your consent, conduct any or all proceedings in this case, including a jury trial and entry of a final judgment. If you consent, any appeal from a judgment entered by a magistrate judge shall be taken directly to the United States Court of Appeals for this judicial circuit in the same manner as an appeal from any other judgment of a district court.

Magistrate judges have greater flexibility in their schedules than district judges, who have heavy criminal caseloads that take priority over civil trials. Accordingly, the magistrate judges are generally able to schedule prisoner civil rights cases for jury trial much sooner, and they are able to provide firm trial dates. Magistrate judges are experienced trial judges who handle a great number of prisoner civil rights cases.

Your decision to consent to the dispositive jurisdiction of a United States magistrate is entirely voluntary. If you do not consent to a magistrate judge, the case will be randomly assigned to a district judge. The magistrate judge already assigned to this case would continue to decide all pretrial matters and would handle all dispositive motions by report and recommendation.

Please check **ONE** box below to indicate whether you voluntarily consent to proceed with a United States magistrate judge or if you would instead prefer that the case be assigned to a district judge.

☑ I hereby voluntarily consent to the United States magistrate judge conducting all proceedings in this case, including entry of a final judgment and all post-judgment matters.

☐ I request that this case be assigned to a district judge.

____________________ **Date**

[signature] **Signature of Plaintiff**

**<u>NOTICE TO PLAINTIFF(S)</u>**

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

Vernon Turman #752206
Oaks Correctional Facility
1500 Caberfae Highway
Manistee, Michigan 49660

Clerk of
US Distric
399 Fede
110 Michi
Grand

FIRST-CLASS

US POSTAGE IMI PITNEY BOWES

ZIP 49660
02 7W
0008040228 DEC 22 2025

$ 002.72⁰

he court
court
l Building
n st. NW
pids, Michigan 49503