In the United States District Court 3·29·26
Western District of Michigan (Southern Division 1)

case # 1: 25·cv·01918·Sjb
Honorable Sally J. Berens

Plaintiff Vernon Turman # 752206
Oaks correctional facility
1500 caberfae hwy
Manistee, Mi 49660
Plaintiff pro se

FILED
APR 03 2026
US DISTRICT COURT
me scanned on 4/14/24

RECEIVED
APR - 3 2026
U.S. District Court Clerk

Vernon Turman
plaintiff
VS
Department of corrections
Defendant(s) Paul Jensen, unknown Clark,
Tanaya Douglass, unknown Buykins,
unknown Page, Unknown wilfong,
unknown Martinez, unknown Buchannon,
unknown Ferguson, unknown Mitchell

Amended Complaint

upon review of the initial complaint I filed with the court I realized I failed to specify the conduct of unknown Mitchell that would hold him liable for

Claims: unlawful imprisonment, retaliation, cruel and unusual punishment

I was illegally held in a cell without water, this officer undoubtedly had knowledge of this and did nothing to intervene.

For clarity and identification purposes C/O Mitchell is the "C/O" who was reffered to in exhibit 1 A * where the nurse directed him to give me a cup of water due to my tongue being abnormally dry.

This incident took place on the day of 12.12.24, however this same officer subjected me to the claims mentioned previously as well as inhumane treatment on the day of 12.11.24.

During Unknown Mitchell's routine seg round I pointed out I was not written a misconduct and therefore entitled to recreation. (on the night of 12.10.24 it rained/snowed into the morning of 12.11.24) However this officer forced me outside in open toe shower sandles.

To add insult to injury the prisoner that went to rec before me (cell 15) was afforded a pair of shoes. After I was placed in the cages, I threatened to file a grievance and lawsuit, at this point the officer went to retrieve a coat but I was still denied shoes.

After being exposed to the winter conditions for a hour I returned to my cell with sore, discolored feet.

I'd also like to add the actions of these defendants Paul Jensen, Unknown Page, Unknown Buykins, Unknown Clark, Tanaya Douglass, Unknown Mitchell, Unknown Ferguson and other unknown members of staff who were aware I had no water in my cell subjected me to inhumane treatment protected under the 8th amendment.

By housing me in a cell 18 days without water I was deprived of basic hygenic needs. Example, being able to wash my hands before eating or after using the bathroom this was done to degrade and humiliate me.

Arguement in Support of Motion for Counsel

#1. I'm asking this request be granted because I have Zero experience with civil law and consistently have to defer to other prisoners for help and advice concerning the matter.

At any moment myself or prisoner can be transferred to a new location and I may or may not find someone who is capable of providing adequate help. In addition, coming to another prisoner for advice could compromise the integrity of my case should they see benefits in doing so.

#2. I was transfferred from the facility this incident occurred at. Therefore I have no way to properly investigate or communicate with staff withesses mentioned in my claim.

#3. I have no way of communicating w/ or reaching out to prisoner witness who may or may not be transferred

#4. Throughout the process of illegal acts as it is mentioned in my claims and grievances staff intentionally hid documents from me that would help me raise proper defense and as a prisoner I don't stand a chance

of retrieving these documents or exposing staff misconduct.

#5. The fees required to raise my 1983 was waived because I have no set income that would allow me to pay them. This would logically show I am unable to pursue and hire a attorney to speak on my behalf.

#6 I would need a attorney to give a proffessional assesment and pursue what would be deemed fair and just in the court of law.

Signature [signature] #752206

NAME: Vernal Tuerman
Number: 752266
Address: 1500 Caberfae Hwy
Address: Manistee, Michigan 49660
Oaks Correctional Facility

GRAND RAPIDS MI 493
31 MAR 2026 PM 5 L




Office of the Clerk
United States District Court
330 Federal building
202 W. Washington St.
P.O Box 698
Marquette, Mi 49855

RECEIVED
APR 3 2026
U.S. District
Court Clerk

49855-069898